**Natalie HEJNY, Individually and as next friend of E.R., a minor child, Plaintiff–Appellant**

v.

**GRAND SALINE INDEPENDENT SCHOOL DISTRICT; Mark Keahey, Individually and in his official capacity as the Superintendent of Grand Saline Independent School District; Gary Redding, Individually and in his official capacity as the Principal of Grand Saline High School; Julie Fisher, Individually and in her official capacity as the counselor of Grand Saline High School; Dena Means, Individually and in her official capacity of English Teacher at Grand Saline High School, Defendants–Appellees.**

No. 10–40799.

United States Court of Appeals, Fifth Circuit.

April 4, 2011.

Marisa Marie Schouten, Esq., Martin Walker, P.C., Tyler, TX, for Plaintiff–Appellant.

Sara Louise Hardner Leon, Esq., Powell & Leon, L.L.P., Austin, TX, Virgil Jay Youngblood, Esq., Tyler, TX, Kevin Wayne Cole, Cole Law Firm, Austin, TX for Defendant–Appellee.

Before GARWOOD, GARZA, and DENNIS, Circuit Judges.

PER CURIAM: *

After reviewing the record and studying the briefs, we AFFIRM the judgment of the district court for essentially the same reasons given by the district court in its Memorandum Opinion and Order of June 17, 2010.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.